UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEMETRICES MITCHELL,

    Plaintiff,

v.                                                        Case No. 8:14-cv-1822-T-27JSS

ROBERT McMANUS, et al.,

    Defendants.
_____/

## **ORDER**

Defendants have not waived service of process. Therefore, the Marshal will be directed to initiate service of process after Plaintiff completes and returns service documents. Accordingly, it is **ORDERED** that the Clerk shall send to Plaintiff the following forms:

    **A.  Summons**

Plaintiff is required to fill in the names of the parties, the civil action number, and the name(s) and address(es) of Defendant(s) in the appropriate spaces on the Summons form.

    **B.  USM-285 Process Receipt and Return**

Plaintiff is required to fill in the name(s) and address(es) of Defendant(s) in the appropriate spaces on the marshal's form.  <u>PLAINTIFF MUST SIGN THE 285 FORM.</u>

Plaintiff must then mail the completed forms (for each Defendant) to the Clerk's Office within twenty (20) days from the date of this Order. Failure to return the completed forms within


- 2 -

this time period will result in dismissal of the case for failure to prosecute, **without further notice**.

    **DONE** and **ORDERED** in Tampa, Florida, on October 25, 2016.

                                                JULIE S. SNEED
                                  UNITED STATES MAGISTRATE JUDGE

SA:sfc

Copies to:
Pro se Plaintiff